ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 11 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Glenn Winningham; house of Fearn | ] |
| Petitioner | ] |
| v | ] |
| | ] Case No. 4:12-cv-00638 Y |
| | ] |
| ZACK WILLIS, CHRIS TOWNES; | ] |
| OXFORD INTERNATIONAL; AARON GRAVES | ] |
| and FEDERAL EXPRESS | ] |
| Respondents | ] |

### RESPONSE TO ORDER TO SHOW CAUSE

I, Me, My, or Myself, also known as Glenn winningham; house of Fearn hereby RESPOND to Means' ORDER TO SHOW CAUSE as follows;

1    Means' ORDER TO SHOW CAUSE is void on its face and *Brutum fulmen* because he has no jurisdiction in this matter;

**"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."**
City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

**"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."**
Loyd v. Assistant Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

**"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity."**
Black's Law Dictionary 8th Edition, p 3391

*"brutum fulmen":* **"An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone.** Dollert v. Pratt-Hewitt Oil Corporation,

Tex.Civ.Appl, 179 S.W.2d 346, 348. *Also, see* Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549. Black's Law Dictionary, 4th Edition

**"Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of no legal force or effect"!** Yates Vs. Village of Hoffman EStates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)

2   I do NOT accept mail sent to a ZIP CODE, and Means' perjuring thugs in the Clerk's office insist on sending everything to a ZIP CODE, therefore I wrote **"REFUSED FOR FRAUD"** and **"RETURN TO SENDER"** on the envelope, and put it back in the post to be returned to Means hired thugs in the Clerk's office. Means hired thugs in the Post Office then returned the letter to Me, so I also marked out the plastic window with a black marker and marked through the bar codes that the post office had put on the envelope, and then I put it back in the post to be returned to Means hired thugs in the Clerk's office, and Means hired thugs in the Post Office tampered with the mail by tearing out the plastic window in the envelope, thereby exposing the criminally converted address, and they scratched out the words I had written on the envelope and inserted **"RETURN TO ORIGINAL ADDRESS FOR PROPER HANDLING"** and then they returned it to Me, so I then took it to their Postal Supervisor and expressed My extreme displeasure with their criminal activity, and DEMANDED that they return it to Means hired thugs in the Clerk's Office, a true copy of which is attached hereto, all of which is enclosed herein by reference in its entirety.

3   The day that I filed the DEMAND TO PROCEED WITHOUT ELECTRONIC FILING AND DEMAND FOR REMAND TO STATE COURT was the same day that I returned Means ORDER DENYING CERTAIN MOTIONS AND ISSUING SANCTIONS WARNING, to him, and when I got to his corporate commercial so-called court and filed My document, I then asked Means hired thug at the window what they had sent, and they told Me, and printed it for me, therefore I was unaware of Means ORDER at the time I filed My document.

4   It is well established in the law, and the rules of this so-called court, that an unrebutted Affidavit stands as the truth.

5  I am finished talking to Means and his perjuring thugs, and I have included a NOTICE OF APPEAL as part of this filing.

All of the above is submitted "under penalties with perjury" (28 USC § 1746(1)), without the international criminal corporation UNITED STATES, and under the laws of the United States of America.

Signed and sealed in red ink, on the land of Texas this _tenth_ day of October in the year two thousand and twelve.

_____<br>
Glenn Winningham; house of Fearn, sui juris<br>
sovereign living soul, holder of the office of "the People"<br>
Inhabitant of the land known as Texas<br>
With full responsibility for my actions<br>
under the Laws of YHWH as found in the Holy Bible<br>
with a Postal address of;<br>
Non-Domestic Mail<br>
C/O 6340 Lake Worth Blvd., #437<br>
Fort Worth, Texas<br>
ZIP CODE EXEMPT<br>
18 USC § 1342, DMM 602.1.3.e.2

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 W. TENTH ST., RM. 310
FT. WORTH, TX 76102

OFFICIAL BUSINESS

Glenn Winningham
6340 Lake Worth Blvd
Suite 437
Fort Worth, TX 76135-3602

RETURN TO ORIGINAL ADDRESS
FOR PROPER HANDLING

**CERTIFICATE OF SERVICE**

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign, living soul, an inhabitant living upon the land of Texas, without the UNITED STATES, do hereby certify that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn am not a second class US citizen, 14th amendment citizen, corporation, or other fictitious entity, and I am not a surety or accommodation party for any entity, and I served on each of the respondents listed below, one each copy of; a RESPONSE TO ORDER TO SHOW CAUSE, and a NOTICE OF APPEAL, and a Solemn Asseveration to Proceed without the Prepayment o Fees or Costs, and a copy of this CERTIFICATE OF SERVICE, on this day, in a sealed envelope with prepaid postage, properly addressed as follows;

By Certified Mail **7009 0080 0001 4022 8919**
To:
Robert R. Ross
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.,
Building B, Second Floor
Memphis, Tennessee 38125


and an original and a copy of the a RESPONSE TO ORDER TO SHOW CAUSE, and an original and a copy of a NOTICE OF APPEAL, and an original and a copy of a Solemn Asseveration to Proceed without the Prepayment o Fees or Costs, and an original and a copy of this CERTIFICATE OF SERVICE by Certified mail **7009 0080 0001 4022 8902**;

District Court of the united States
for the Northern District of Texas
501 West 10th Street
Fort Worth, Texas 76102-3673

Date: tenth

Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas
With full responsibility for My actions
under YHWH's law as found in the Holy Bible and no other
with a postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort, Worth, Texas
ZIP CODE EXEMPT
18 USC § 1342, DMM 602.1.3.e.2

