IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-638-Y |
| | § | |
| ZACK WILLIS, et al. | § | |

### ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

Plaintiff Glenn Winningham has filed a notice of interlocutory appeal (doc. 24) challenging this Court's October 9, 2012 Order to Show Cause (doc. 22). Now before the Court is Winningham's motion for leave to proceed on appeal in forma pauperis (doc. 30). His motion, however, fails to provide the information needed to evaluate his ability to pay the fees and costs associated with his appeal. Moreover, since this case's inception, Winningham has made repeated disrespectful comments, taken frivolous legal positions, and continuously disregarded this Court's instructions.

In view of this, the Court hereby CERTIFIES that Winningham has not taken his appeal in good faith, and DENIES his motion for leave to proceed on appeal in forma pauperis.

SIGNED December 11, 2012.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE