```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

GLENN WINNINGHAM            §
                            §
VS.                         §   CIVIL ACTION NO. 4:12-CV-638-Y
                            §
ZACK WILLIS, et al.         §

### ORDER DENYING MOTION FOR LEAVE
### TO PROCEED ON APPEAL IN FORMA PAUPERIS

Plaintiff Glenn Winningham has filed a notice of interlocutory appeal (doc. 38) challenging this Court's dismissal of his case (docs. 36,37). Now before the Court is Winningham's motion for leave to proceed on appeal in forma pauperis (doc. 39), which he has styled "Demand to Proceed Without the Payment of Taxes." His motion, however, fails to provide the information needed to evaluate his ability to pay the fees and costs associated with his appeal. Moreover, since this case's inception, Winningham has persistently made disrespectful comments, taken frivolous legal positions, and disregarded this Court's instructions.

In view of this, the Court hereby CERTIFIES that Winningham has not taken his appeal in good faith, and DENIES his motion for leave to proceed on appeal in forma pauperis.

SIGNED June 13, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE